ORIGINAL

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Roderick Allen Parker | )   Case No. |
| | )        4:13MJ 405 |
| | ) |
| | ) |
| | ) |

FILED
EASTERN DISTRICT COURT
OCT - 9 2013
BY DAVID J. MALAND, CLERK
DEPUTY

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 2013 to the present___ in the county of ___Grayson___ in the

___Eastern___ District of ___Texas___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 846 | Conspiracy with the intent to manufacture and distribute 500 grams or more of a mixture containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual) |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Joe Mata DEA

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Joe Mata DEA
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     10/09/2013

_____
*Judge's signature*

City and state:     Plano, Texas

Honorable Don D. Bush, Magistrate Judge
_____
*Printed name and title*