DATE __10/9/13__  CASE NUMBER __4:13mj 405_____ DDB
LOCATION __Plano__  USA __Ernest Gonzalez_____ Assigned
JUDGE __Don D. Bush__  VS __Mandy Griffith_____ Appeared
DEPUTY CLERK __Toya McEwen__
COURT REPORTER: __Digital Recording__  RODERICK ALLEN PARKER
INTERPRETER:_____  Defendant
USPO: _____
BEGIN __10:52 am__
_____ Attorney

☑ INITIAL APPEARANCE on COMPLAINT
☐ _____

☑ Hearing Held    ☐ Hearing Called    ☐ Interpreter Sworn

☑ Dft appears: ☐ with ☑ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft
   Appears on: ☑ Complaint
☑ Date of arrest __10/8/13__   or ☐ Rule 40. (dist & case #) _____
☑ Dft  ☑ advised of charges    ☑ advised of maximum penalties   ☑ advised of right to remain silent;
       ☑ advised of right to counsel   ☑ received copy of complaint

☐ Dft first appearance with counsel ☐ CJA ☐ Ret. ☐ USPD (Do Not Docket in Mag. Case - Without Consent)
   Attorney: _____
☐ Dft advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.
☐ Dft Requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ _____ appointed   ☐ U.S. Pub Defender _____ appointed

☐ Preliminary Hearing requested   ☐ Dft waived preliminary hearing
☑ Preliminary Hearing set for __Tuesday 10-15-13 @ 10:30 am__
☑ Govt motion for detention ☑ Govt oral motion for continuance   ☑ Oral Order granting ☐ Oral Order denying
☐ Defendant oral motion to continue detention hearing   ☐ Oral Order granting ☐ Oral Order denying
☑ Detention Hrg set for __Tuesday 10-15-13 @ 10:30 am before Judge Bush__
☐ Order setting conditions of release   ☐ Bond executed, dft released;   ☐ Not executed at this time
☐ Dft ordered to answer in prosecuting district   ☐ State Charges
☐ Dft signed Waiver of Detention Hearing   ☐ Dft ordered removed to Originating District
☐ Dft motion _____
☐ Gvt motion _____
☐ Dft failed to appear,   ☐ oral order for arrest warrant;   ☐ bond forfeited
☐ Dft released on Conditions of Release
☑ _____ Recess and Dft REMANDED to USMO

CRIM 92-116    ☐ See reverse/attached for additional proceedings    _____ Adjourn