| | |
|---|---|
| DATE  10/15/13 | CASE NUMBER  4:13cr247  RAS/DDB |
| LOCATION  Plano | USA  Ernest Gonzalez  Assigned |
| JUDGE  Don D Bush | vs  Ernest Gonzalez  Appeared |
| DEPUTY CLERK  Toya McEwen | |
| COURT REPORTER:  Digital Recording | RODERICK ALLEN PARKER (1) |
| INTERPRETER: | Defendant |
| BEGIN  11:13 am | Frank Henderson, FD |
| | Attorney |

**FILED EASTERN DISTRICT COURT U.S. DISTRICT OF TEXAS OCT 15 2013 BY DAVID J. MALAND, CLERK DEPUTY**

## ARRAIGNMENT

- ☐ Interpreter sworn          ☑ Initial Appearance held  on Complaint
- ☑ Arraignment held.          ☐ Arraignment called.          ☐ Arraignment reset:
- ☑ Dft     ☐ Prob violator ☐ Super Rel violator  appears: ☑ with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft
- ☑ Dft     ☑ sworn
            ☑ received copy of charges          ☐ discussed charges with counsel          ☐ charges read
            ☑ waived reading of charges

Dft enters a plea of: ☑ not guilty  ☐ guilty  ☐ nolo  ☐ guilty - lesser
to counts: ☑ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12  ☐
☐ all counts  ☐ indictment includes forfeiture provisions

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on
**Monday, December 2, 2013 at 9:00 am in Plano, Texas in Judge Richard Schell**

## DETENTION HEARING

- ☑ Dft  ☐ Prob violator  ☐ Super Rel violator  appears: ☑ with  ☐ w/o cnsl  ☐ pro se  ☐ Cnsl appears on behalf of deft
- ☑ Government announced ready.    ☐ Govt ORAL Motion to withdraw Motion for Detention    ☐ Granted ☐ Denied
- ☐ Dft ORAL Motion to continue Detention Hearing    ☐ Granted  ☐ Denied
- ☐ **RESET Detention Hrg to:**
- ☑ Defendant announced ready.    ☐ Detention Hearing waived and remanded to USMO
- ☐ Presumption Case    ☐ Conditions of Release entered and Dft released from custody
- ☑ Government witnesses: **Fritz Diehm, DEA**
- ☑ Defendant witnesses: **Michelle Parker, dft's wife**
- ☑ DETENTION HEARING PROCEEDINGS: Govt called Fritz Diehm, sworn, direct by AUSA Gonzalez.

| | |
|---|---|
| 11:16 am | Witness identified defendant for the record, direct continued. |
| 11:28 am | Cross by Frank Henderson. |
| 11:35 am | Witness excused, no additional witnesses for the Govt. Defense called Michelle Parker, sworn, direct by Frank Henderson. |
| 11:39 am | Cross by AUSA Gonzalez. |
| 11:42 am | Questions by the Court to the witness. |
| 11:42 am | Cross continued by AUSA Gonzalez. |
| 11:44 am | Witness excused, both sides rest and close. Court ordered defendant detained. Remanded to USM. |

Court determines to ☐ DETAIN ☐ RELEASE.

| | | | |
|---|---|---|---|
| ☐ | Order setting conditions of release entered and Dft released | ☐ | Bond executed |
| ☐ | Order of Detention | ☑ | Defendant remanded to custody of U.S. Marshal. |
| ☑ | Recess 11:44 am | | |