# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § |
| v. | § CRIMINAL NO. 4:13-CR-247-ALM-CAN-1 <br> § |
| RODERICK ALLEN PARKER (1) | § <br> § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #114) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, to run consecutively to any other term of imprisonment, with fifty-two (52) months of supervised release to follow under the previous conditions of supervised release with the additional specific condition of counseling directed towards domestic violence and/or anger management.  Additionally, the Magistrate Judge recommended Defendant be placed at a Bureau of Prisons facility at FCI Yazoo City in Yazoo City, Mississippi, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #113), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.  Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, to run consecutively to any other term of imprisonment, with fifty-two (52) months of supervised release to follow under the previous conditions of supervised release with the additional specific condition of counseling

directed towards domestic violence and/or anger management. Additionally, the Court recommends Defendant be placed at a Bureau of Prisons facility at FCI Yazoo City in Yazoo City, Mississippi, if appropriate.

**SIGNED this 18th day of July, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE